UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

PAUL TUTEN,

    Plaintiff,

v.                            4:14-cv-3

TARGET CORPORATION,
CALIFORNIA CARTAGE COMPANY,
LLC, JOHN DOE, INC., JOHN DOE (1),
JOHN DOE (2), JOHN DOE (3), AND
JOHN DOE (4),

    Defendants,

v.

DIAMOND STAFFING SERVICES,
INC., and LUMBERMAN'S
UNDERWRITING ALLIANCE,

    Intervenors.

## ORDER

Paul Tuten has filed a Notice of Settlement, in which he informed the Court that he has reached a settlement with Target Corporation ("Target"). ECF No. 68. But Tuten is currently in bankruptcy. ECF No. 35-3 at 2. Thus, no settlement can be final unless and until the bankruptcy court approves the settlement. *See* Fed. R. Bankr. P. 9019(a); *see also In re Justice Oaks II, Ltd.*, 898 F.2d 1544, 1549 (11th Cir. 1990) (describing factors the bankruptcy court must consider when deciding whether to approve a proposed settlement). Accordingly, the Court cannot recognize this proposed settlement at this time.

The pretrial order is due on January 21, 2015. ECF No. 64. However, if the settlement is approved, there would be no trial, and the case would be closed. Therefore, the Court construes Tuten's Notice as a request for an extension of time in which to file the pretrial order. The Court grants this request.

The Court **ORDERS** all parties[1] to submit their pretrial order within one day of the entry of the bankruptcy court's decision regarding the proposed settlement.

This 26 day of January 2015.

*/s/ B. Avant Edenfield*
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] California Cartage, Diamond Staffing Services, Inc., and Lumberman's Underwriting Alliance did not join the settlement. *See* ECF No. 68. Nonetheless, the Court grants to these parties the same extension of time.