IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| PAUL TUTEN, | * | |
| Plaintiff, | * | |
| v. | * | CV 414-003 |
| TARGET CORPORATION; CALIFORNIA CARTAGE COMPANY, LLC; JOHN DOE, INC.; JOHN DOE (1); JOHN DOE (2); JOHN DOE (3); and JOHN DOE (4), | * | |
| Defendants, | * | |
| DIAMOND STAFFING SERVICES, INC. and LUMBERMEN'S UNDERWRITING ALLIANCE, | * | |
| Intervenors. | * | |

**O R D E R**

Presently before the Court is the parties' Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 73.) As the parties have reached settlement in this matter (id., Ex. A), the Court hereby **DISMISSES** this action **WITH PREJUDICE**. The Clerk **SHALL TERMINATE** all deadlines and motions and **CLOSE** this case. Each party shall bear its own costs and attorney's fees.

**ORDER ENTERED** at Augusta, Georgia, this 14th day of May, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA